# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS
### EAST ST. LOUIS DIVISION

KATE COLLINS,                   )

                   )

       Plaintiff,           )

                   )

       v.                )     No. 3:17-CV-01129

                   )

ALLY FINANCIAL, INC.,     )

                   )

       Defendant.       )

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Plaintiff, KATE COLLINS, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, ALLY FINANCIAL, INC.

DATED:  December 14, 2017         RESPECTFULLY SUBMITTED,

                                  By: /s/ Michael S. Agruss

                                      Michael S. Agruss

                                      IL State Bar #: 6281600

                                      Agruss Law Firm, LLC

                                      4809 N. Ravenswood Ave.

                                      Suite 419

                                      Chicago, IL 60640

                                      Tel: 312-224-4695

                                      Fax: 312-253-4451

                                      michael@agrusslawfirm.com

                                      Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

On December 14, 2017, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Ethan Ostroff, at ethan.ostroff@troutmansanders.com.

By: /s/ Michael S. Agruss
Michael S. Agruss