IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KATE COLLINS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 17-CV-1129-NJR-DGW |
| ALLY FINANCIAL, INC., | ) ) ) |
| Defendant. | ) ) ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

IT IS ORDERED AND ADJUDGED that pursuant to the Notice of Voluntary Dismissal dated December 14, 2017 (Doc. 16), this action was **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED: December 19, 2017

JUSTINE FLANAGAN, Acting Clerk

By: s/ *Deana Brinkley*
　　Deputy Clerk

APPROVED: _____
**NANCY J. ROSENSTENGEL**
**United States District Judge**